UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)
ADVERSE ACTION
JAMES COE
    Plaintiff,

v.

ANTHONY BRULLO
    Defendant.

Civil Action No. 2:18-CV-13338-CCC-JBC

~~NOTICE OF MOTION~~ ORDER

PLEASE TAKE NOTICE __JAMES COE__
(Name of Moving Party)

will move before the Honorable __CLAIRE C. CECCHI__, U.S.D.J. on __OCTOBER 15, 2018__
(Motion days are the 1st and 3rd Monday of each month)

for an Order __SUMMARY JUDGEMENT__.
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

A BRIEF IS NOT NECESS, AS THE DEFENDANT FAILED TO ANSWER, THEREFORE THERE IS NO DISPUTE BEFORE THE COURT.

Name
JAMES COE
P.O. Box 6992
PISCATAWAY NJ 08854
Address

Date 9/14/2018



\*plaintiff's motion for summary Judgment is premature and is therefore terminated. plaintiff may move for summary Judgment at the close of discovery.

SO ORDERED
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 11/14/2018