**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES COE, | : | |
| Plaintiff, | : | |
| | : | **Civil Action No. 18-13338 (JXN) (JBC)** |
| v. | : | |
| | : | |
| ANTHONY BRULLO, | : | **ORDER** |
| | : | |
| Defendant. | : | |

**NEALS**, District Judge:

Before this Court is the Report and Recommendation ("R&R") entered on June 9, 2022, by Magistrate Judge James B. Clark, III ("Judge Clark"), (ECF No. 55), recommending that Defendant Anthony Brullo's Motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 41) be granted and Plaintiff's claims be dismissed with prejudice. This Court has reviewed the reasons set forth by Judge Clark in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown,

**IT IS** on this 24th day of June, 2022,

**ORDERED** that Magistrate Judge Clark's June 9, 2022 R&R (ECF No. 55), is adopted as the conclusions of law of this Court and that Defendant Anthony Brullo's Motion to dismiss Plaintiff's Amended Complaint (ECF No. 41) is **GRANTED** and Plaintiff's claims are dismissed **WITH PREJUDICE.**

s/ Julien Xavier Neals
**JULIEN XAVIER NEALS**
**United States District Judge**

2

Orig:   Clerk
cc:     Parties
        James B. Clark, III, U.S.M.J.